IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                //     CRIMINAL ACTION NO. 1:11CR32
                                     (Judge Keeley)

**JULIE K. MCCAMMON,**

    **Defendant.**

### ORDER FOLLOWING FINAL PRETRIAL CONFERENCE

On June 17, 2011, the Court conducted a final pretrial conference in this criminal case. For the reasons stated on the record, it ruled as follows:

- Without objection from the defendant, **GRANTED** the Government's first Motion in Limine (dkt. 47), regarding alleged violations of Fed.R.Crim.P. 6(e);

- **DENIED** the Government's second Motion in Limine (dkt. 97) and revised Second Motion in Limine (dkt. 98) regarding inquiry into prior acts of Government witness Jeff James;

- After hearing oral objections from the defendant, and anticipating that additional written objections would follow, the Court **ADOPTED** the Report and Recommendation of the Magistrate Judge issued on June 10, 2011 (dkt. 45), and **DENIED** the defendant's first Motion to Dismiss the Indictment (dkt. 10) relating to facial insufficiency;

**ORDER FOLLOWING FINAL PRETRIAL CONFERENCE**

- **DENIED** the defendant's second Motion to Dismiss the Indictment (dkt. 94) relating to false grand jury testimony and further will explain its ruling on the motions to dismiss in a separate order following receipt of any written responses by the parties, to be filed by **June 20, 2011**;

- **ORDERED** the parties to notify it by **June 23, 2011,** as to whether any witness may require appointment of counsel;

- **ORDERED** the defendant to file any objection to the Government's proposed summary evidence by **June 23, 2011**;and

- **GRANTED** the parties' oral joint motion to strike one juror for cause as stated on the record.

It is so **ORDERED.**

The Court directs the Clerk to transmit copies of this Order of to counsel of record.

DATED: June 17, 2011.

/s/ Irene M. Keeley  
IRENE M. KEELEY  
UNITED STATES DISTRICT JUDGE